Entered: July 17th, 2025
Signed: July 16th, 2025

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
#### (Baltimore Division)

| | |
|---|---|
| **In re:** | |
| **WILLIAM E. BLANKENSHIP, JR.,** | **Case No. 25-15081-NVA** |
| | **(Chapter 11 – Subchapter V)** |
| **Debtor.** | |

### ORDER DISCHARGING SUBCHAPTER V TRUSTEE

It appearing to the Court that the Subchapter V Trustee in the above-entitled case has performed all duties required of him in the administration of said estate; it is hereby

ORDERED, that the Subchapter V Trustee be, and he hereby is, discharged from and relieved of his trust.

Copies to:

Lawrence A. Katz, Esquire
Gerard R. Vetter, Esquire

### END OF ORDER

23560053.1  046569.00044