**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF MARYLAND**

(Baltimore Division)

In re:

**WILLIAM E. BLANKENSHIP, JR.**

Debtor.

**Case No.:** 25-15081

**Chapter** 11

**MOTION TO VACATE OR, IN THE ALTERNATIVE, TO CLARIFY AND CORRECT THE RECORD**

(Pro Se)

TO THE HONORABLE NANCY V. ALQUIST, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW the Debtor, William E. Blankenship, Jr. (the "Movant"), appearing pro se, and respectfully moves this Court for entry of an order (i) vacating the Chapter 11 petition filed on June 5, 2025, or, in the alternative, (ii) clarifying and correcting the record to reflect that the filing was mistakenly made under the Movant's individual name when the intent was to file on behalf of a limited liability company, The Scoval Group LLC (the "LLC"). In support of this Motion, Movant states as follows:

I.      **JURISDICTION AND AUTHORITY**

This Court has jurisdiction under 28 U.S.C. §§ 1334 and 157. This Motion is made pursuant to Fed. R. Civ. P. 60(a) and 60(b), as incorporated by Fed. R. Bankr. P. 9024, and the Court's inherent authority to ensure the docket accurately reflects the nature of filings made in this case.

## II.    BACKGROUND

1. On June 5, 2025, Movant filed a Chapter 11 petition pro se. The petition was dismissed on July 2, 2025.
2. Movant mistakenly used the wrong form and filed the petition under his individual name. Movant's intent, however, was to seek Chapter 11 relief for The Scoval Group LLC, an LLC in which Movant is a member.
3. The petition materials identified the business using the LLC's name and Employer Identification Number (EIN). Movant did not provide his Social Security Number in the filing. Where signatures were required, Movant signed in his capacity as a member of the LLC (e.g., "Sole Member/Member").
4. The creditor matrix reflected only one creditor, SPS Servicing (a mortgage servicing company), relating to property in which the LLC asserts an equitable interest.
5. Shortly after the filing, Movant received notice through credit monitoring (Experian) that a bankruptcy was being reported on Movant's personal consumer credit file. As a result, multiple credit card issuers suspended charging privileges and Movant's credit scores materially declined.
6. Movant never intended to commence a personal Chapter 11 case. Movant submits that the record as it currently appears is materially misleading and has caused significant harm.
7. Attached hereto as Exhibit A is a true and correct screenshot from Movant's consumer credit monitoring reflecting that the June 5, 2025 Chapter 11 filing is being reported as a public-record bankruptcy on Movant's personal consumer credit file, notwithstanding that Movant's intent was to file on behalf of The Scoval Group LLC.

## III.    RELIEF REQUESTED

Movant respectfully requests that the Court enter an order granting the following relief:

A. Vacate the June 5, 2025 Chapter 11 petition filing in Case No. 25-15081 on the grounds of mistake and/or clerical error; or, in the alternative,

B. Enter an order clarifying and correcting the docket and/or case caption to reflect that the June 5, 2025 filing was mistakenly made under Movant's individual name and was intended to be filed on behalf of The Scoval Group LLC; and

C. Direct the Clerk to annotate the docket accordingly and to provide a certified copy of the Court's order to Movant upon request, so that Movant may provide the order to consumer reporting agencies and furnishers to correct inaccurate reporting.

## IV.   ARGUMENT

Rule 60 permits relief from a judgment or order for, among other reasons, "mistake" or "inadvertence," and permits correction of clerical errors. Fed. R. Civ. P. 60(a), 60(b)(1); Fed. R. Bankr. P. 9024. Here, Movant filed pro se and inadvertently used the wrong form and debtor identification, while consistently indicating through the use of an EIN, the LLC name, and capacity signatures that the intended debtor was a business entity.

Because bankruptcy filings are widely disseminated as public-record items, an inaccurate docket entry can foreseeably result in material consumer-credit reporting harm. The Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., requires consumer reporting agencies to follow reasonable procedures to assure maximum possible accuracy (15 U.S.C. § 1681e(b)) and to reinvestigate disputed information (15 U.S.C. § 1681i). A Court order clarifying or vacating the filing will assist Movant in promptly correcting any inaccurate public-record reporting on his personal consumer credit file.

Accordingly, Movant respectfully requests that the Court vacate the filing or, at minimum, enter an order clarifying and correcting the record so the public docket accurately reflects the nature of the intended filing.

## EXHIBIT LIST

Exhibit A: Consumer credit screenshot reflecting "Bankruptcy chapter 11 – dismissed" (Original filing date June 5, 2025; latest status date July 2, 2025).

## V.   CONCLUSION

WHEREFORE, Movant respectfully requests that the Court grant this Motion and enter the proposed order attached hereto, or such other relief as the Court deems just and proper.

Dated: 3/13/2026                        Respectfully submitted,

William E. Blankenship, Jr. (Pro Se)

Address: 329 ALThea CT

City/State/Zip: BeL AiR MD 21015

Phone: 410-804-2928

Email: SUNSeT BiLL007@YAhoo.com

so you aren't penalized for shopping for a better rate.

**EXHIBIT — A**

# 1 public record

These are financial accounts associated with bankruptcies.

**US BKPT CT MD BALTIMOR**                                                              >

Record type                                                    Bankruptcy chapter 11-dismissed

Original filing date                                                                Jun 5, 2025

Latest status date                                                                  Jul 2, 2025

## Personal information

**NAME**
WILLIAM BLANKENSHIP

**ALSO KNOWN AS**
WILLIAM E BLANKENSHIP
BILL BLANKENSHIP

**YEAR OF BIRTH**
1953

**ADDRESSES**
329 ALTHEA CT
BEL AIR, MD 21015-1900

718 SW 10TH TER
CAPE CORAL, FL 33991-2746

19718 OLD YORK RD
WHITE HALL, MD 21161-9197

**EMPLOYERS**

William, you've been **pre-approved** for 5 credit card offers.    View Offers